ESTATE OF ROBERT FREDERICK ET AL. *v.* GENERAL DYNAMICS CORPORATION, ELECTRIC BOAT DIVISION, ET AL.
(14772)

Dupont, C. J., and Foti, Lavery, Landau, Heiman, Spear and Hennessy, Js.

Argued March 19—reargued September 11—officially released December 31, 1996*

* December 31, 1996, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.

*Lucas D. Strunk,* for the appellants (named defendant et al.).

*Stephen C. Embry,* with whom, on the brief, was *Gerard R. Rucci,* for the appellees (plaintiffs).

HEIMAN, J. This case is controlled by our opinion in *Green* v. *General Dynamics Corp.,* 44 Conn. App. 112, 687 A.2d 550 (1996).

The decision of the compensation review board is reversed and the case is remanded with direction to deny the plaintiffs' claim for benefits.

In this opinion FOTI, LANDAU and HENNESSY, Js., concurred.


DUPONT, C. J., with whom LAVERY and SPEAR, Js., join, dissenting. For the reasons stated in our dissent in *Green* v. *General Dynamics Corp.,* 44 Conn. App. 112, 687 A.2d 550 (1996), we respectfully dissent.